```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03409
  DON COX
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-1737


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/14/08 .

     2.  The case was converted to Chapter 7 without confirmation, 06/20/2008.

------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
CCO MORTGAGE                CURRENT MORTG          .00           .00            .00
CCO MORTGAGE                MORTGAGE ARRE    NOT FILED           .00            .00
PARK NATIONAL BANK          SECURED                .00           .00            .00
PARK NATIONAL BANK          MORTGAGE ARRE    NOT FILED           .00            .00
DAIMLER CHRYSLER FINANCI    SECURED VEHIC          .00           .00            .00
PARK NATIONAL BANK          SECURED VEHIC          .00           .00            .00
WATERSIDE AT FARMINGTON     SECURED          NOT FILED           .00            .00
FOX METRO WATER REC DIST    SECURED          NOT FILED           .00            .00
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED           .00            .00
ILLINOIS DEPT REVENUE       PRIORITY         NOT FILED           .00            .00
ALLIED WASTE SERVICES       UNSECURED        NOT FILED           .00            .00
APLM LTD                    UNSECURED        NOT FILED           .00            .00
HSBC                        UNSECURED        NOT FILED           .00            .00
FAMILY SUPPORT PAYMENT C    UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK            UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK            UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK            UNSECURED        NOT FILED           .00            .00
CASSANDRA SMITH             UNSECURED        NOT FILED           .00            .00
CITIBANK                    UNSECURED        NOT FILED           .00            .00
COMED                       UNSECURED        NOT FILED           .00            .00
------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID

DISCOVER BANK               UNSECURED        NOT FILED           .00            .00
DIVERSIFIED SVC GROUP       UNSECURED        NOT FILED           .00            .00
EMERGENCY TREATMENT SC      UNSECURED        NOT FILED           .00            .00
FORD MOTOR CREDIT           UNSECURED        NOT FILED           .00            .00
HARRIS BANK                 UNSECURED        NOT FILED           .00            .00
KCA FINANCIAL SERVICES      UNSECURED        NOT FILED           .00            .00
MED BUSINESS BUREAU         UNSECURED        NOT FILED           .00            .00
MCS                         UNSECURED        NOT FILED           .00            .00
MINTEX INC                  UNSECURED        NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED        NOT FILED           .00            .00
NICOR GAS                   UNSECURED        NOT FILED           .00            .00
```

```
PAIN SPECIALISTS OF GREA  UNSECURED       NOT FILED              .00           .00
PARK NATIONAL BANK        UNSECURED       NOT FILED              .00           .00
RECEIVABLES MANAGEMENT I  UNSECURED       NOT FILED              .00           .00
RUSH COPLEY               UNSECURED       NOT FILED              .00           .00
TRS RECOVERY SERVICES     UNSECURED       NOT FILED              .00           .00
VALLEY IMAGING CONSULTAN  UNSECURED       NOT FILED              .00           .00
VILLAGE OF OSWEGO         UNSECURED       NOT FILED              .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        1.50              .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------
              SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         1.50          .00          .00          1.50
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/11/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 08 B 03409 DON COX