## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: COX, DON | § Case No. 08-03409 |
| | § |
| | § |
| Debtor(s) | § |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15AM on 07/22/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/13/2011    By: /s/ Michael G. Berland
                                          Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: COX, DON | § | Case No. 08-03409 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,009.44 |
| *and approved disbursements of* | $ 606.00 |
| *leaving a balance on hand of* [1] | $ 9,403.44 |
| **Balance on hand:** | $ 9,403.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,403.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,750.94 | 0.00 | 1,750.94 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,750.94 |
| Remaining balance: | $ 7,652.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 7,652.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 08-03409   Doc 94   Filed 06/14/11   Entered 06/16/11 23:27:00   Desc Imaged
Certificate of Service   Page 4 of 7

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,718.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | IRS | 8,278.37 | 0.00 | 4,980.83 |
| 14P | Illinois Department of Revenue | 4,440.45 | 0.00 | 2,671.67 |

Total to be paid for priority claims:  $  7,652.50
Remaining balance:  $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,760.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK | 5,373.39 | 0.00 | 0.00 |
| 2 | CAPITAL ONE BANK | 5,702.88 | 0.00 | 0.00 |
| 4 | Rmi/Mcsi | 60.00 | 0.00 | 0.00 |
| 5U | IRS | 3,350.83 | 0.00 | 0.00 |
| 6 | Ford Motor Credit Company LLC | 18,470.01 | 0.00 | 0.00 |
| 9 | Fox Metro | 155.36 | 0.00 | 0.00 |
| 11 | Household Finance Corporation Beneficial | 20,300.45 | 0.00 | 0.00 |
| 12 | eCAST Settlement Corporation assignee of | 2,708.10 | 0.00 | 0.00 |
| 13 | Nicor Gas | 997.62 | 0.00 | 0.00 |
| 14U | Illinois Department of Revenue | 581.76 | 0.00 | 0.00 |
| 15 | City of Aurora | 60.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $  0.00
Remaining balance:  $  0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-03409-BWB
Don Cox                                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal              Page 1 of 2                Date Rcvd: Jun 14, 2011
                              Form ID: pdf006             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
```
db          +Don Cox,    504 N. Avon,    Oswego, IL 60543-8131
aty         +Catherine Kim,    Stahl Cowen Crowley Addis LLC,     55 West Monroe Street,    Suite 1200,
              Chicago, IL 60603-5127
aty         +Janna L Quarless,    Robert J Semrad and Associates,     20 S. Clark Street, 28th Floor,
              Chicago, IL 60603-1811
aty         +Patrick J. Semrad,    Robert J Semrad and Associates,     20 S Clark St,    Ste. 2800,
              Chicago, IL 60603-1811
aty         +Thomas G Stahulak,    Stahulak & Associates,    53 West Jackson Blvd., Suite 652,
              Chicago, IL 60604-3459
tr          +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
12435289     AOL - GPO,    POB 30623,   Tampa, FL 33630
11952135    +APLM Ltd,    PO Box 8660,   Saint Louis, MO 63126-0660
12435290    +APLM Ltd.,    1050 W. Kinzie Street,    Chicago, IL 60642-6537
11952137    +ATG Credit,    PO Box 14895,    Chicago, IL 60614-0895
11952133    +Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
11952134    +Allied Waste Services,    1565 Aurora Avenue Lane,    Aurora, IL 60505-8703
11952136    +AssetCare, Inc,    5100 Peachtree Industrial Blvd,    Norcross, GA 30071-5721
11952138    +Beneficial / Household Finance,    Attn: Bankruptcy Dept,    961 Weigel Dr,
              Elmhurst, IL 60126-1050
11952139    +Breaking Free/Family Support,     120 Gale Street,   Aurora, IL 60506-5084
11973067    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK,     C/O TSYS DEBT MANAGEMENT,    PO BOX 5155,
              NORCROSS, GA  30091)
11952140    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091)
11952141    +Capital One,    PO Box 5294,    Carol Stream, IL 60197-5294
11961938    +Cassandra Smith,    449 Gloria Lane,    Oswego, IL 60543-8487
11952143    +Cco Mortgage Corp.,    2812 Emerywood Pkwy,    Richmond, VA 23294-3727
11952145    +Citibank Usa,    Citi Corp Credit Services, Attn.: Centra,    Po Box 20507,
              Kansas City, MO 64195-0507
12435293    +City of Aurora,    RMI/MCSI,    PO Box 666,   Lansing, IL 60438-0666
11952144    +DaimlerChrysler Financial Serv Americas LLC,     Kathryn A Klein,    Riezman Berger PC,
              7700 Bonhomme 7th Floor,    St Louis, MO 63105-1960
11980900    +DaimlerChrysler Financial Services Americas, L.L.C,      c/o Riezman Berger, P.C.,
              7700 Bonhomme Ave 7th Floor,    St. Louis, MO 63105-1960
11952148    +Diversified Svs Group,    5800 E Thomas Rd Ste 107,    Scottsdale, AZ 85251-7510
11952151    +Emergency Treatment,    900 Jorie Blvd. Ste 220,    Oak Brook, IL 60523-3846
12059867    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     P.O. Box 537901,
              Livonia, MI  48153-9905)
11952152    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Corporation,
              Ford Credit National Bankruptcy Center,    Po Box 537901,    Livonia, MI 48153)
12081676    +Farmington Lake Estates Homeowners Association,     c/o Knuckles, Keough and Moody, P.C.,
              1001 East Chicago Avenue, Suite 103,    Naperville, IL 60540-5500
11952154    +Harris Bank,    220 Douglas Rd,    Oswego, IL 60543-8978
12435295    +Hollywood Casino,    TRS Recovery Services,    5251 Westheimer,    Houston, TX 77056-5412
12170933     Household Finance Corporation Beneficial,     by eCAST Settlement Corporation,    as its agent,
              POB 35480,    Newark NJ 07193-5480
12379169    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Unit,
              100 W. Randolph St. Level 7-400,    Chicago, IL 60601)
11952155    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    Centralized Insolvency Operations,    PO Box 21126,
              Philadelphia, PA 19114)
11952169     Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
11952156    +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
11952157    +Med Busi Bur,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
11952161    +NCO - Medclr,    Attention: Bankruptcy,    1804 Washington Blvd. Suite 450,
              Baltimore, MD 21230-1700
12435292    +Park National Bank,    11 West Madison St,    Oak Park, IL 60302-4203
11952166    +Park National Bank,    Walinski and Trunkett, PC,    25 E. Washington, Ste 1221,
              Chicago, IL 60602-1758
12435291    +Progressive Publications,    Creditors Alliance,    PO Box 1288,   Bloomington, IL 61702-1288
12076868    +RBS Citizens NA s/b/m Charter One Bank NA,     10561 Telegraph Rd,   Glen Allen VA 23059-4577
11952167    +Rmi/Mcsi,    Po Box 666,   Lansing, IL 60438-0666
12435294    +Rush-Copley,    Patient Financial Services,    PO Box 129,   Lombard, IL 60148-0129
11952168    +Rush-Copley Memorial Hospital,    2000 Ogden Avenue,    Aurora, IL 60504-5893
11952170    +TRS Recovery Services,    5251 Westheimer,    Houston, TX 77056-5412
11952164    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Park National Bank,    28 Madison St,    Oak Park, IL 60302)
11952171    +Valley Imaging Consultants LLC,    6910 S Madison St.,    Willowbrook, IL 60527-5504
```

```
District/off: 0752-1           User: corrinal              Page 2 of 2                   Date Rcvd: Jun 14, 2011
                               Form ID: pdf006             Total Noticed: 56


 11952172      +Village of Oswego,    113 Main Street,    Oswego, IL 60543-8593
 11952173      +Waterside at Farmington Hills,    Vanguard Management,    PO Box 61955,    Phoenix, AZ 85082-1955
 12171079       eCAST Settlement Corporation assignee of,    Citibank USA NA HOME DEPOT,    POB 35480,
                 Newark NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 11952146      +E-mail/Text: legalcollections@comed.com Jun 14 2011 23:30:59      ComEd,   2100 Swift Drive,
                 Oak Brook, IL 60523-1559
 11952147      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2011 00:18:53      Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
 11952158      +E-mail/Text: tjordan@mcscol.com Jun 14 2011 23:31:27      Medical Collections System,
                 725 S Wells Ave,    Suite 501,    Chicago, IL 60607-4516
 12324695      +E-mail/Text: bankrup@nicor.com Jun 14 2011 23:16:12      Nicor Gas,    PO Box 549,
                 Aurora IL 60507-0549
 11952162      +E-mail/Text: bankrup@nicor.com Jun 14 2011 23:16:11      Nicor Gas,
                 Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 11952160       Mintex Inc
 11952163       Pain Specialists
 11952142*     +Capital One,   PO Box 5294,    Carol Stream, IL 60197-5294
 11952149*     +Diversified Svs Group,    5800 E Thomas Rd Ste 107,    Scottsdale, AZ 85251-7510
 11952150*     +Diversified Svs Group,    5800 E Thomas Rd Ste 107,    Scottsdale, AZ 85251-7510
 11952159*     +Medical Collections System,    725 S Wells Ave,    Suite 501,    Chicago, IL 60607-4516
 11952165*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Park National Bank,    28 Madison St,    Oak Park, IL 60302)
 11952153    ##+Fox Metro,   PO Box 109,    Montgomery, IL 60538-0109
                                                                                   TOTALS: 2, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                    **Signature:**    *Joseph Speetjens*