# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COX, DON | § | Case No. 08-03409 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cco Mortgage Corp. 2812 Emerywood Pkwy Richmond, VA 23294 | | | | | |
| | Chrysler Credit Po Box 8065 Royal Oak, MI 48068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Metro PO Box 109 Montgomery, IL 60538 | | | | | |
| | Park National Bank 28 Madison St Oak Park, IL 60302 | | | | | |
| | Park National Bank 28 Madison St Oak Park, IL 60302 | | | | | |
| | Waterside at Farmington Hills Vanguard Management PO Box 61955 Phoenix, AZ 85082 | | | | | |
| NOTFILED | CCO MORTGAGE CORP. | | | | | |
| NOTFILED | CHRYSLER CREDIT | | | | | |
| 3 | DAIMLERCHRYSLER FINANCIAL SERVICES | | | | | |
| 8 | FARMINGTON LAKE ESTATES HOMEOWNERS | | | | | |
| 10 | PARK NATIONAL BANK | | | | | |
| NOTFILED | PARK NATIONAL BANK | | | | | |
| 7 | RBS CITIZENS NA S/B/M CHARTER ONE B | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WATERSIDE AT FARMINGTON HILLS | | | | | |
| NOTFILED | VANGU | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| Department Of Treasury | | | | | |
| Gloria Longest | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | | | | |
| 14P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 5P | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | APLM Ltd PO Box 8660 Saint Louis, MO 63126 | | | | | |
| | Allied Waste Services 1565 Aurora Avenue Lane Aurora, IL 60504 | | | | | |
| | Breaking Free/Family Support 120 Gale Street Aurora, IL 60506 | | | | | |
| | Capital One PO Box 5294 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Citi Corp Credit Services, Attn.: Centra Po Box 20507 Kansas City, MO 64195 | | | | | |
| | ComEd 2100 Swift Drive Oak Brook, IL 60523 | | | | | |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Diversified Svs Group 5800 E Thomas Rd Ste 107 Scottsdale, AZ 85251 | | | | | |
| | Diversified Svs Group 5800 E Thomas Rd Ste 107 Scottsdale, AZ 85251 | | | | | |
| | Diversified Svs Group 5800 E Thomas Rd Ste 107 Scottsdale, AZ 85251 | | | | | |
| | Emergency Treatment 900 Jorie Blvd. Ste 220 Oak Brook, IL 60523 | | | | | |
| | Harris Bank 220 Douglas Rd Oswego, IL 60543 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kca Financial Svcs 628 North St Geneva, IL 60134 | | | | | |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | | | | |
| | Medical Collections System 725 S Wells Ave Suite 501 Chicago, IL 60607 | | | | | |
| | Medical Collections System 725 S Wells Ave Suite 501 Chicago, IL 60607 | | | | | |
| | Mintex Inc | | | | | |
| | NCO - Medclr Attention: Bankruptcy 1804 Washington Blvd. Suite 450 Baltimore, MD 21230 | | | | | |
| | Pain Specialists | | | | | |
| | Rush-Copley Memorial Hospital 2000 Ogden Avenue Aurora, IL 60504 | | | | | |
| | TRS Recovery Services 5251 Westheimer Houston, TX 77056 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Valley Imaging Consultants LLC 6910 S Madison St. Willowbrook, IL 60527 | | | | | |
| | Village of Oswego 113 Main Street Oswego, IL 60543 | | | | | |
| NOTFILED | ALLIED WASTE SERVICES | | | | | |
| NOTFILED | AOL GPO | | | | | |
| NOTFILED | APLM LTD | | | | | |
| NOTFILED | APLM LTD | | | | | |
| NOTFILED | BENNIFICIAL HOUSEHOLD FINANCE | | | | | |
| NOTFILED | BREAKING FREE/FAMILY SUPPORT | | | | | |
| NOTFILED | CAPITAL ONE | | | | | |
| 1 | CAPITAL ONE BANK | | | | | |
| 2 | CAPITAL ONE BANK | | | | | |
| NOTFILED | CASSANDRA SMITH | | | | | |
| NOTFILED | CITIBANK USA CITI CORP CREDIT SERVI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | CITY OF AURORA | | | | | |
| | CLERK OF BANKRUPTCY COURT | | | | | |
| NOTFILED | COMED | | | | | |
| NOTFILED | COMED BILL PAYMENT CENTER | | | | | |
| NOTFILED | CREDITORS ALLIANCE | | | | | |
| NOTFILED | DISCOVER FINANCIAL | | | | | |
| NOTFILED | DIVERSIFIED SVS GROUP | | | | | |
| NOTFILED | DIVERSIFIED SVS GROUP | | | | | |
| NOTFILED | DIVERSIFIED SVS GROUP | | | | | |
| 12 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| NOTFILED | EMERGENCY TREATMENT | | | | | |
| NOTFILED | EMERGENCY TREATMENT | | | | | |
| 6 | FORD MOTOR CREDIT COMPANY LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | FOX METRO | | | | | |
| NOTFILED | HARRIS BANK | | | | | |
| 11 | HOUSEHOLD FINANCE CORPORATION BENEF | | | | | |
| 14U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 5U | IRS | | | | | |
| NOTFILED | KCA FINANCIAL SVCS | | | | | |
| NOTFILED | MED BUSI BUR | | | | | |
| NOTFILED | MEDICAL COLLECTIONS SYSTEM | | | | | |
| NOTFILED | MEDICAL COLLECTIONS SYSTEM | | | | | |
| NOTFILED | NCO - MEDCLR | | | | | |
| 13 | NICOR GAS | | | | | |
| NOTFILED | NICOR GAS | | | | | |
| NOTFILED | PAIN SPECIALISTS | | | | | |
| NOTFILED | PARK NATIONAL BANK | | | | | |
| NOTFILED | PARK NATIONAL BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | RMI/MCSI | | | | | |
| NOTFILED | RMI/MCSI | | | | | |
| NOTFILED | RUSH-COPLEY MEMORIAL HOSPITAL | | | | | |
| NOTFILED | TRS RECOVERY SERVICES | | | | | |
| NOTFILED | VALLEY IMAGING CONSULTANTS LLC | | | | | |
| NOTFILED | VALLEY IMAGING CONSULTANTS LLC | | | | | |
| NOTFILED | VILLAGE OF OSWEGO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 08-03409 | BL | Judge: Bruce W. Black |
| Case Name: | COX, DON | | |

For Period Ending:  08/20/12

| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 06/20/08 (c) |
| 341(a) Meeting Date: | 07/28/08 |
| Claims Bar Date: | 06/10/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 504 Avon Court-scheduled | 384,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Park Notion Bank-scheduled | 30.00 | 0.00 | DA | 0.00 | FA |
| 3. Furnishings-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 5. Wedding ring-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. 2005 Hyundai-scheduled | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 2000 BMW-scheduled | 13,225.00 | 0.00 | DA | 0.00 | FA |
| 8. 50% interest in D & D Design-unscheduled (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.54 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $412,055.00 | $10,000.00 | | $10,009.54 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

  The debtor failed to initally failed to list an inerest ina  corporation. A creditor offered the Trustee the sum of

$10,000 for his 50% interest in that corporation..The Trustee filed a Motion to Approve Settlement, which was approved.

The Trustee  filed tax returns. The Trustee filed his Final Report and made the distribution to creditors. One creditor

returned the check and a second distribution was made.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-03409  -BL |
|---|---|
| Case Name: | COX, DON |

| Taxpayer ID No: | *******9820 |
|---|---|
| For Period Ending: | 08/20/12 |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******1965  Money Market Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312198821965 | Wire in from JPMorgan Chase Bank, N.A. account 312198821965 | 9999-000 | 9,400.15 | | 9,400.15 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.45 | | 9,400.60 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.55 | | 9,401.15 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.55 | | 9,401.70 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.55 | | 9,402.25 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.56 | | 9,402.81 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,402.88 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,402.95 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.02 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.09 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.16 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.23 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.30 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.37 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.44 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,403.51 |
| 07/14/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 9,403.54 |
| 07/14/11 | | To Acct #*******1966 | | 9999-000 | | 9,403.54 | 0.00 |

Page Subtotals                    9,403.54              9,403.54

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2                                                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-03409  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | COX, DON | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1965  Money Market Account |
| Taxpayer ID No: | *******9820 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,403.54 | 9,403.54 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 9,400.15 | 9,403.54 | |
| | | | Subtotal | | 3.39 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3.39 | 0.00 | |

Page Subtotals                   0.00                  0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-03409  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | COX, DON | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******1966  Checking Account |
| Taxpayer ID No: | *******9820 | | |
| For Period Ending: | 08/20/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/11 | | From Acct #*******1965 | | 9999-000 | 9,403.54 | | 9,403.54 |
| 07/27/11 | 010101 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Dividend paid 100.00% on $1,750.94, Trustee Compensation;  Reference: | 2100-000 | | 1,750.94 | 7,652.60 |
| * 07/27/11 | 010102 | IRS Centralized Insolvency Operations PO Box 21126 Philadelphia, PA  19114 | Dividend paid  60.16% on $8,278.37; Claim# 5P; Filed: $8,278.37; Reference: | 5800-004 | | 4,980.89 | 2,671.71 |
| 07/27/11 | 010103 | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph St. Level 7-400 Chicago, IL  60601 | Dividend paid  60.16% on $4,440.45; Claim# 14P; Filed: $4,440.45; Reference: | 5800-000 | | 2,671.71 | 0.00 |
| * 11/04/11 | 010102 | IRS Centralized Insolvency Operations PO Box 21126 Philadelphia, PA  19114 | STOP PAYMENT Dividend paid  60.16% on | 5800-004 | | -4,980.89 | 4,980.89 |
| 11/29/11 | 010104 | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph St. Level 7-400 Chicago, IL  60601 | Dividend paid 100.00% on $4,440.45; Claim# 14P; Filed: $4,440.45; Reference: | 5800-000 | | 1,768.74 | 3,212.15 |
| 11/29/11 | 010105 | CAPITAL ONE BANK C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS, GA  30091 | Dividend paid  5.90% on $5,373.39; Claim# 1; Filed: $5,373.39; Reference: XXXXXXXX3201 | 7100-000 | | 317.24 | 2,894.91 |
| 11/29/11 | 010106 | CAPITAL ONE BANK C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS, GA  30091 | Dividend paid  5.90% on $5,702.88; Claim# 2; Filed: $5,702.88; Reference: XXXX-XXXX-XXXX-0314 | 7100-000 | | 336.68 | 2,558.23 |
| | | | Page Subtotals | | 9,403.54 | 6,845.31 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 16.06d

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 08-03409 -BL | | | Trustee Name: | | MICHAEL G. BERLAND |
| Case Name: | COX, DON | | | Bank Name: | | The Bank of New York Mellon |
| | | | | Account Number / CD #: | | *******1966  Checking Account |
| Taxpayer ID No: | *******9820 | | | | | |
| For Period Ending: | 08/20/12 | | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Account / CD Balance ($) |
| | | | | | Disbursements ($) | |
| 11/29/11 | 010107 | Rmi/Mcsi<br>Po Box 666<br>Lansing, IL  60438 | Dividend paid  5.90% on $60.00;<br>Claim# 4; Filed: $60.00; Reference: XX1723 | 7100-000 | | 3.54 | 2,554.69 |
| 11/29/11 | 010108 | Ford Motor Credit Company LLC<br>P.O. Box 537901<br>Livonia, MI  48153-9905 | Dividend paid  5.90% on<br>$18,470.01; Claim# 6; Filed: $18,470.01; Reference:<br>XXXX3131 | 7100-000 | | 1,090.40 | 1,464.29 |
| * 11/29/11 | 010109 | Fox Metro<br>PO Box 109<br>Montgomery, IL  60538 | Dividend paid  5.90% on $155.36;<br>Claim# 9; Filed: $155.36; Reference: 005-8232<br>Addressee is no longer at same location and check<br>was returned. | 7100-004 | | 9.17 | 1,455.12 |
| 11/29/11 | 010110 | Household Finance Corporation Beneficial<br>by eCAST Settlement Corporation<br>as its agent,POB 35480<br>Newark, NJ  07193-5480 | Dividend paid  5.90% on<br>$20,300.45; Claim# 11; Filed: $20,300.45; Reference:<br>XXXXXXXXX6529 | 7100-000 | | 1,198.46 | 256.66 |
| 11/29/11 | 010111 | eCAST Settlement Corporation assignee of<br>Citibank USA NA HOME DEPOT<br>POB 35480<br>Newark, NJ  07193-5480 | Dividend paid  5.90% on<br>$2,708.10; Claim# 12; Filed: $2,708.10; Reference: | 7100-000 | | 159.88 | 96.78 |
| 11/29/11 | 010112 | Nicor Gas<br>PO Box 549<br>Aurora, IL  60507 | Dividend paid  5.90% on $997.62;<br>Claim# 13; Filed: $997.62; Reference: | 7100-000 | | 58.90 | 37.88 |
| 11/29/11 | 010113 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph St. Level 7-400<br>Chicago, IL  60601 | Dividend paid  5.90% on $581.76;<br>Claim# 14U; Filed: $581.76; Reference: | 7100-000 | | 34.34 | 3.54 |
| 11/29/11 | 010114 | City of Aurora<br>RMI/MCSI<br>PO Box 666<br>Lansing, IL  60438 | Dividend paid  5.90% on $60.00;<br>Claim# 15; Filed: $60.00; Reference: | 7100-000 | | 3.54 | 0.00 |
| * 12/12/11 | 010109 | Fox Metro | STOP PAYMENT | 7100-004 | | -9.17 | 9.17 |

|  | | | Page Subtotals | 0.00 | 2,549.06 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page:  5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-03409  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | COX, DON | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******1966  Checking Account |
| Taxpayer ID No: | *******9820 | | |
| For Period Ending: | 08/20/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 109 | Dividend paid   5.90% on $155.36; | | | | |
| | | Montgomery, IL  60538 | Addressee is no longer at same location and check | | | | |
| | | | was returned. | | | | |
| 01/25/12 | | Transfer to Acct #*******4968 | Bank Funds Transfer | 9999-000 | | 9.17 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 9,403.54 | 9,403.54 | 0.00 |
| Less:  Bank Transfers/CD's | | 9,403.54 | 9.17 | |
| Subtotal | | 0.00 | 9,394.37 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 9,394.37 | |

Page Subtotals                    0.00                9.17

Ver: 16.06d

FORM 2                                                                                                                 Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-03409 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | COX, DON | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******1965  Money Market Account |
| Taxpayer ID No: | *******9820 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/08 | 8 | David Brand | Payment of interest for D & d Design per court order | 1229-000 | 10,000.00 | | 10,000.00 |
| | | | DEPOSIT CHECK #1002 | | | | |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 | | 10,000.12 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 10,000.52 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.38 | | 10,000.90 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,001.33 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 10,001.73 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.39 | | 10,002.12 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,002.55 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 10,002.97 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 10,003.39 |
| 09/17/09 | 001001 | Department Of Treasury | Payment of federal tax due | 2810-000 | | 106.00 | 9,897.39 |
| 09/21/09 | 001002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 9,397.39 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 9,397.79 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.38 | | 9,398.17 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.39 | | 9,398.56 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.39 | | 9,398.95 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.37 | | 9,399.32 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.35 | | 9,399.67 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 9,400.09 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.06 | | 9,400.15 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000198821965 | Wire out to BNYM account 000198821965 | 9999-000 | | 9,400.15 | 0.00 |

|  | Page Subtotals | 10,006.15 | 10,006.15 |

Ver: 16.06d

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03409  -BL | |
| Case Name: | COX, DON | |
| Taxpayer ID No: | *******9820 | |
| For Period Ending: | 08/20/12 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | JPMorgan Chase Bank, N.A. | |
| Account Number / CD #: | *******1965  Money Market Account | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,006.15 | 10,006.15 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,006.15 | 10,006.15 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,006.15 | 10,006.15 | |

Page Subtotals                    0.00                    0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-03409  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | COX, DON | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | Account Number / CD #: | *******1966  Checking Account |
| Taxpayer ID No: | *******9820 | | |
| For Period Ending: | 08/20/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03409  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | COX, DON | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******1967  Money Market Account |
| Taxpayer ID No: | *******9820 | | | |
| For Period Ending: | 08/20/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 16.06d

FORM 2                                                                                    Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-03409  -BL | |
| Case Name: | COX, DON | |
| | | |
| Taxpayer ID No: | *******9820 | |
| For Period Ending: | 08/20/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4968  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******1966 | Bank Funds Transfer | 9999-000 | 9.17 | | 9.17 |
| 04/10/12 | 001001 | Clerk Of Bankruptcy Court | Payment of unclaimed funds | 7100-000 | | 9.17 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 9.17 | 9.17 | 0.00 |
| Less:  Bank Transfers/CD's | 9.17 | 0.00 | |
| Subtotal | 0.00 | 9.17 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9.17 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******1965 | 3.39 | 0.00 | 0.00 |
| Checking Account - *******1966 | 0.00 | 9,394.37 | 0.00 |
| Money Market Account - *******1965 | 10,006.15 | 10,006.15 | 0.00 |
| Checking Account - *******1966 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******1967 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******4968 | 0.00 | 9.17 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,009.54 | 19,409.69 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | Page Subtotals | 9.17 | 9.17 |

Ver: 16.06d